## Margaret Doering, and Alma Jurgensen, Appellants, v. Earl Franklyn Warner et al., Appellees.

**Gen. No. 45,502.**

Nathan Shef-
ner, for appellant; John P. Tiz, and Harry G. Fins, for appellees. Opin-
ion by Justice Schwartz. Not to be published in full. Opinion filed
March 18, 1952; rehearing denied April 1, 1952; released for publication
May 6, 1952.